FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2016 AUG 10 PM 12: 06

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

BRIAN ALLEN and
CURTIS WILLIAMS, JR.

CASE NO. 8:16-cr-359-T-17AEP
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
26 U.S.C. § 5861(d)
21 U.S.C. § 853-Forfeiture
18 U.S.C. § 924(d)-Forfeiture
26 U.S.C. § 5872(a)-Forfeiture
28 U.S.C. § 2461(c)-Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date through on or about July 13, 2016, in the Middle District of Florida, and elsewhere, the defendants,

BRIAN ALLEN and
CURTIS WILLIAMS, JR.

did knowingly and willfully combine, conspire, and agree with each other and with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(iii).

## COUNT TWO

On or about February 26, 2016, in the Middle District of Florida, the defendant,

BRIAN ALLEN,

did knowingly and intentionally distribute and possess with intent to distribute twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT THREE

On or about February 26, 2016, in the Middle District of Florida, the defendant,

BRIAN ALLEN,

did knowingly carry a firearm, to wit: a Glock, model 22c, .40 caliber pistol, during and in relation to, and possess such firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the distribution of and possession of cocaine base with intent to distribute as alleged in Count Two of this indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

2

## COUNT FOUR

On or about March 25, 2016, in the Middle District of Florida, the defendant,

BRIAN ALLEN and
CURTIS WILLIAMS, JR.

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18 United States Code, Section 2.

## COUNT FIVE

On or about May 5, 2016, in the Middle District of Florida, the defendant,

BRIAN ALLEN and
CURTIS WILLIAMS, JR.

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18 United States Code, Section 2.

## COUNT SIX

On or about June 28, 2016, in the Middle District of Florida, the defendant,

BRIAN ALLEN and
CURTIS WILLIAMS, JR.

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule

II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18 United States Code, Section 2.

### COUNT SEVEN

On or about June 28, 2016, within the Middle District of Florida, the defendant,

BRIAN ALLEN,

did knowingly possess a firearm, to wit: a 20 gauge short-barreled shotgun, as defined in Title 26, United States Code, Section 5845(a), which was not registered to him in the National Firearms Registration and Transfer Record, and knew the features and specific characteristics of the firearm that brought it within the scope of the National Firearms Act.

All in violation of Title 26, United States Code, Sections 5861(d) and 5871.

### COUNT EIGHT

On or about July 13, 2016, in the Middle District of Florida, the defendant,

BRIAN ALLEN and
CURTIS WILLIAMS, JR.

did knowingly and intentionally distribute and possess with intent to distribute twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18 United States Code, Section 2.

## **FORFEITURES**

1.  The allegations contained in Counts One through Eight of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872(a), and Title 28, United States Code, Section 2461(c).

2.  From his engagement in any or all of the violations alleged in Count Three of the Indictment, the defendant,

> BRIAN ALLEN,

shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

3.  From their engagement in the violations alleged in Counts One, Two, Four through Six, and Eight of this Indictment, punishable by imprisonment for more than one year, the defendants,

> BRIAN ALLEN and
> CURTIS WILLIAMS, JR.,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. From his engagement in any or all of the violations alleged in Count Seven of the Indictment, the defendant,

**BRIAN ALLEN,**

shall forfeit to the United States of America, pursuant to Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c), any firearm involved in the violations alleged.

5. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or,

    d. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), directly and as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*/s/ Melanie P. Duh*
Foreperson  DEPUTY FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By: */s/*
MICHAEL V. LEEMAN
Assistant United States Attorney

By: */s/*
CHRISTOPHER F. MURRAY
Assistant United States Attorney
Chief, Violent Crime and Gangs Section

T:\_Cases\Criminal Cases\A\ALLEN, Brian_2016R00283_MVL\Indictment.docx

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

### THE UNITED STATES OF AMERICA

vs.

### BRIAN ALLEN and
### CURTIS WILLIAMS, JR.

## INDICTMENT

Violations:   Title 21, United States Code, Section 846
Title 21, United States Code, Section 841(a)(1)
Title 18, United States Code, Section 924(c)
Title 26, United States Code, Section 5861(d)

A true bill,

_____
~~Foreperson~~ DEPUTY FOREPERSON

Filed in open court this 10th day of August, 2016.

_____
Clerk

Bail $_____

FILED 2016 AUG 10 PM 12:06 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

GPO 863 525

T:\_Cases\Criminal Cases\A\ALLEN, Brian_2016R00283_MVL\f_Indictment Back.docx