**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:16-cr-359-T-17AEP | DATE: March 31, 2017 |
|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | **INTERPRETER:** N/A |
| | **GOVERNMENT COUNSEL**<br>Michael Leeman |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CURTIS WILLIAMS, JR.** | Frank De La Grana |
| **COURT REPORTER:** Sandra Provenzano | **DEPUTY CLERK:** Sara Boswell |
| **TIME:** 2:00 – 2:50 p.m. | **COURTROOM:** 14A |
| **TOTAL:** 50 minutes | **PROBATION:** Tyler Racine Thomas |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Witness: Jessica Williams, wife of defendant

Defendant is adjudged guilty on Count One of the Indictment.

Imprisonment: **ONE HUNDRED and THIRTY (130) MONTHS** as to Count One of the Indictment with credit for time served as calculated by the United States Bureau of Prisons.

The Court makes the following recommendations to the Bureau of Prisons:

1. 1st choice of incarceration – FCI Coleman, FL
2. 2nd choice of incarceration – near Tampa Bay
3. UNICOR to provide support for 7 minor children
4. 500 hour substance abuse counseling
5. Counseling for mental health concerns especially when he was younger. See PSR.
6. Vocational education in electrical trade, welding, HVAC, refrigeration, mechanics, plumbing, small business administration and computers related to trades.
7. Anger management counseling.

Supervised Release: **FIVE (5) YEARS** as to Count One of the Indictment.

Fine is waived.

Special Assessment: $100.00 to be paid immediately.

Special conditions of supervised release:

- The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

- The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

- The defendant shall submit to a search of your person, residence, place of business, any storage units under the defendant's control, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

- The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

Defendant is remanded to the custody of the US Marshal.

Counts Four, Five, Six and Eight of the Indictment are dismissed on government's motion.

Government's motion for downward departure (doc. 63) for 2 levels is granted. The Court will grant an additional 2 levels for a total departure of 4 levels.

Defendant's oral motion for variance to a 70 month sentence is denied.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 31 |
| Criminal History Category: | VI |
| Imprisonment Range | 188 - 235 months |
| Supervised Release Range | 4 – 5 years |
| Restitution: | N/A |
| Fine Range | $30,000 - $5,000,000 |
| Special Assessment | $100.00 |