UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-359-T-17AEP

CURTIS WILLIAMS, JR.

## ORDER

This matter before the Court is the government's motion to release sealed material in the instant case.

It is hereby ORDERED that the transcript of Curtis Williams's sentencing hearing is to be docketed as a sealed item and released to the United States.

DONE AND ORDERED in Chambers at Tampa, Florida, this 13th day of October, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: Michael Gordon
Assistant United States Attorney